IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL LUIS COLON MARTINEZ

XXX-XX-8749

                    Debtor(s)

CASE NO. 10-09746 EAG

Chapter 11

FILED & ENTERED ON 02/07/2012

OPINION AND ORDER

    The court having determined at the hearing of November 22, 2011 that the debtor failed to comply with the August 30, 2011 order (Docket Entry #116) to file a disclosure statement and plan by October 3, 2011 and the November 3, 2011 order to show cause (Docket Entry #133), and that the disclosure statement and plan filed November 21, 2011 were so facially defective as to fail to satisfy the minimum requirements of the Bankruptcy Code, the court now finds it unlikely that debtor will be able to establish an abuse of discretion by the bankruptcy court in dismissing the case.  See Howard v. Lexington Invs., 284 F.3d 320 (1st Cir. 2002).  Therefore, the court determines that debtor has failed to establish that there is likelihood of success on the merits of the appeal.  See Pye ex rel. NLRB v. Excel Case Ready, 238 F.3d 69, 73 (1st Cir. 2001).  Accordingly, debtor's motion requesting that this case be stayed pending appeal (Docket Entry #158) is hereby DENIED.

    SO ORDERED.

    San Juan, Puerto Rico, this 07 day of February, 2012.

Edward A. Godoy
U.S. Bankruptcy Judge

CC:   ALL CREDITORS